# U.S. District Court
# Eastern District of Virginia – (Richmond)
# CIVIL DOCKET FOR CASE #: 3:13–cv–00578–REP

Henderson et al v. InfoMart, Inc.  
Assigned to: District Judge Robert E. Payne  
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 08/26/2013  
Date Terminated: 05/28/2014  
Jury Demand: Plaintiff  
Nature of Suit: 480 Consumer Credit  
Jurisdiction: Federal Question

**Plaintiff**

**Tyrone B. Henderson, Sr.** represented by **Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757–930–3660
Fax: 757–930–3662
Email: lenbennett@clalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Colt North**
751–A Thimble Shoals Blvd.
Newport News, VA 23606
(757) 873–1010
Email: cnorthlaw@aol.com
*ATTORNEY TO BE NOTICED*

**Dale Wood Pittman**
The Law Office of Dale W. Pittman, P.C.
112–A W Tabb St
Petersburg, VA 23803–3212
(804) 861–6000
Fax: (804) 861–3368
Email: dale@pittmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Matthew James Erausquin**
Consumer Litgation Associates PC (Alex)
1800 Diagonal Rd
Suite 600
Alexandria, VA 22314
703–273–6080
Fax: 888–892–3512
Email: matt@clalegal.com
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A

Newport News, VA 23601
757–930–3660
Fax: (757) 930–3662
Email: srotkis@clalegal.com
*ATTORNEY TO BE NOTICED*

**Taron Kato Murakami**
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004–1454
202–463–2400
Fax: 202–828–5393
Email: tmurakami@seyfarth.com
*ATTORNEY TO BE NOTICED*

**William Leonard Downing**
The Consumer and Employee Rights Law Firm PC
751 A Thimble Shoals Blvd
Newport News, VA 23606
(757) 873–1010
Fax: (757) 873–8375
Email: wdowninglaw@aol.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dunyel Jamaal Roundtree** | represented by | **Leonard Anthony Bennett** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christopher Colt North** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Dale Wood Pittman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Matthew James Erausquin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Susan Mary Rotkis** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Taron Kato Murakami** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William Leonard Downing** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Mark Woods**  
*on behalf of themselves and others similarly situated*

represented by **Leonard Anthony Bennett**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Christopher Colt North**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Dale Wood Pittman**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Matthew James Erausquin**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Susan Mary Rotkis**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Taron Kato Murakami**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**William Leonard Downing**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**InfoMart, Inc.**

represented by **Taron Kato Murakami**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**John Wesley Drury**  
Seyfarth Shaw LLP (IL−NA)  
131 S Dearborn St  
Suite 2400  
Chicago, IL 60603−5577  
**NA**  
(312) 460−5623  
Fax: (312) 460−7623  
Email: jdrury@seyfarth.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Pamela Q Devata**  
Seyfarth Shaw LLP (IL−NA)  
131 S Dearborn St  
Suite 2400  
Chicago, IL 60603−5577

\*\*NA\*\*  
(312) 460–5000  
Fax: (312) 460–7882  
Email: pdevata@seyfarth.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2013 | Ï 1 | CLASS COMPLAINT against InfoMart, Inc.; filing fee paid $ 400, receipt number 34683022201; filed by Dunyel Jamaal Roundtree, Mark Woods, Tyrone B. Henderson, Sr. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(cmcc, ) (Entered: 08/26/2013) |
| 08/26/2013 | Ï 2 | Summons Issued as to InfoMart, Inc. (Mailed to counsel.) (cmcc, ) (Entered: 08/26/2013) |
| 01/06/2014 | Ï 3 | SUMMONS Returned Executed by Dunyel Jamaal Roundtree, Mark Woods, Tyrone B. Henderson, Sr InfoMart, Inc. served on 12/31/2013, answer due 1/21/2014 (tjoh, ) (Entered: 01/06/2014) |
| 01/17/2014 | Ï 4 | MOTION to Dismiss *FOR INSUFFICIENCY OF SERVICE OR, IN THE ALTERNATIVE, TO SHOW GOOD CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(M)* by InfoMart, Inc.. (Attachments: # 1 Declaration of Pam Devata, # 2 Proposed Order)(Murakami, Taron) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 5 | Memorandum in Support re 4 MOTION to Dismiss *FOR INSUFFICIENCY OF SERVICE OR, IN THE ALTERNATIVE, TO SHOW GOOD CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(M)* filed by InfoMart, Inc.. (Murakami, Taron) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by InfoMart, Inc.. (Murakami, Taron) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 7 | Motion to appear Pro Hac Vice by Pamela Quigley Devata and Certification of Local Counsel Taron K. Murakami Filing fee $ 75, receipt number 0422–3819591. by InfoMart, Inc.. (Murakami, Taron) (Entered: 01/17/2014) |
| 01/17/2014 | Ï 8 | Motion to appear Pro Hac Vice by John Wesley Drury and Certification of Local Counsel Taron K. Murakami Filing fee $ 75, receipt number 0422–3819620. by InfoMart, Inc.. (Murakami, Taron) (Entered: 01/17/2014) |
| 01/21/2014 | Ï 9 | NOTICE by InfoMart, Inc. re 4 MOTION to Dismiss *FOR INSUFFICIENCY OF SERVICE OR, IN THE ALTERNATIVE, TO SHOW GOOD CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(M) Waiver of Hearing* (Murakami, Taron) (Entered: 01/21/2014) |
| 01/28/2014 | ï 10 | SO ORDERED re: 7 Motion for Pro hac vice. Appointed Pamela Q. Devata for InfoMart, Inc. Signed by District Judge Robert E. Payne on 1/27/2014. (cmcc, ) (Entered: 01/28/2014) |
| 01/28/2014 | ï 11 | SO ORDERED re: 8 Motion for Pro hac vice. Appointed John Wesley Drury for InfoMart, Inc. Signed by District Judge Robert E. Payne on 1/27/2014. (cmcc, ) (Entered: 01/28/2014) |
| 01/30/2014 | ï 12 | Withdrawal of Motion by InfoMart, Inc. re 4 MOTION to Dismiss *FOR INSUFFICIENCY OF SERVICE OR, IN THE ALTERNATIVE, TO SHOW GOOD CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(M)* (Murakami, Taron) (Entered: 01/30/2014) |
| 01/31/2014 | ï 13 | MOTION for Extension *of Time For Defendant to Answer or Otherwise Plead in Response to Plaintiffs' Complaint (Unopposed)* by InfoMart, Inc.. (Attachments: # 1 Proposed Order)(Murakami, Taron) (Entered: 01/31/2014) |

| 01/31/2014 | 14 | ORDER DENYING as moot 4 Motion to Dismiss FOR INSUFFICIENCY OF SERVICE OR, IN THE ALTERNATIVE, TO SHOW GOOD CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(M). Signed by District Judge Robert E. Payne on 01/31/2014. (tjoh, ) (Entered: 01/31/2014) |
|---|---|---|
| 02/03/2014 | 15 | ORDER entered by the Clerk at the direction of the Court setting an Initial Pretrial Conference to be held at 2:30 p.m. on 2/20/14.(sneal, (Entered: 02/03/2014) |
| 02/03/2014 | 16 | SCHEDULING ORDER: Initial Pretrial Conference set for 2/20/2014 at 02:30 PM before District Judge Robert E. Payne. Signed by District Judge Robert E. Payne on 2/3/14. (sneal, ) (Entered: 02/03/2014) |
| 02/11/2014 | 17 | ORDER regarding 13 Defendant's Unopposed Motion to Extend the Time for Defendant to Answer or Otherwise Plead in response to Plaintiffs' Complaint; it is ORDERED that the Defendant's Unopposed Motion is granted; further ORDERED that the defendant, Infomart, Inc., shall file its Answer and any other motions with respect to the Complaint by February 27, 2014. Signed by District Judge Robert E. Payne on 2/10/2014. Copies to counsel. (cmcc, ) (Entered: 02/11/2014) |
| 02/20/2014 |  | for proceedings held before District Judge Robert E. Payne:Initial Pretrial Conference held on 2/20/2014. No trial date set at this time. (sneal, ) (Entered: 02/21/2014) |
| 02/21/2014 |  | Set/Reset Hearings: Motion Hearing on Motion for Class Certification set for 10/6/2014 at 10:00 AM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (sneal, ) (Entered: 02/21/2014) |
| 02/21/2014 | 18 | AGREED SCHEDULING ORDER: SEE ORDER FOR DETAILS. Counsel shall communicate with the Court to set a trial date immediately after the decision on certification. Signed by District Judge Robert E. Payne on 02/20/2014. (tjoh, ) (Entered: 02/21/2014) |
| 02/27/2014 | 19 | MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint* by InfoMart, Inc.. (Attachments: # 1 Proposed Order)(Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 20 | Memorandum in Support re 19 MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint* filed by InfoMart, Inc.. (Attachments: # 1 Declaration of Pam Devata)(Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 21 | Waiver of re 19 MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint Hearing* by InfoMart, Inc. (Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 22 | ANSWER to 1 Complaint *and Affirmative Defenses* by InfoMart, Inc..(Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 23 | MOTION to Transfer Case *to the Northern District of Georgia* by InfoMart, Inc.. (Attachments: # 1 Proposed Order)(Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 24 | Memorandum in Support re 23 MOTION to Transfer Case *to the Northern District of Georgia* filed by InfoMart, Inc.. (Attachments: # 1 Exhibit A – Declaration of Adam Townsend)(Murakami, Taron) (Entered: 02/27/2014) |
| 02/27/2014 | 25 | Waiver of Hearing re 23 MOTION to Transfer Case *to the Northern District of Georgia Hearing* by InfoMart, Inc. (Murakami, Taron) Modified on 3/4/2014 to edit event text. (cmcc, ). (Entered: 02/27/2014) |
| 03/07/2014 | 26 | NOTICE of Appearance by William Leonard Downing on behalf of Dunyel Jamaal Roundtree, Mark Woods (Downing, William) (Entered: 03/07/2014) |
| 03/07/2014 | 27 |  |

| | | |
|---|---|---|
| | | NOTICE of Appearance by William Leonard Downing on behalf of Tyrone B. Henderson, Sr (Downing, William) (Entered: 03/07/2014) |
| 03/07/2014 | 28 | Joint MOTION for Extension of Time to File Response/Reply as to 23 MOTION to Transfer Case *to the Northern District of Georgia* by Tyrone B. Henderson, Sr, Dunyel Jamaal Roundtree, Mark Woods. (Attachments: # 1 Proposed Order Agreed Order)(Downing, William) (Entered: 03/07/2014) |
| 03/11/2014 | 29 | ORDER regarding 28 Joint Motion for Extension of Time to File Response/Reply re 23 Motion to Transfer Case to the Northern District of Georgia; it is ORDERED that the motion is granted and further ORDERED that: Plaintiffs' response to Defendant's Motion to Transfer Venue to the Northern District of Georgia shall be filed by 4/3/2014 and Defendant's reply thereto shall be filed by 4/14/2014. Signed by District Judge Robert E. Payne on 3/10/2014. Copies to counsel. (cmcc, ) (Entered: 03/11/2014) |
| 03/12/2014 | 30 | Joint MOTION to Continue *THE MARCH 25, 2014 DEADLINE FOR PARTICIPATION IN A SETTLEMENT CONFERENCE* by Tyrone B. Henderson, Sr, InfoMart, Inc., Dunyel Jamaal Roundtree, Mark Woods. (Attachments: # 1 Proposed Order)(Murakami, Taron) (Entered: 03/12/2014) |
| 03/12/2014 | 31 | Consent MOTION for Extension of Time to File Response/Reply as to 19 MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint* by Tyrone B. Henderson, Sr. (Attachments: # 1 Proposed Order Granting Extension of Time)(Rotkis, Susan) (Entered: 03/12/2014) |
| 03/13/2014 | 32 | ORDER regarding 31 Consent Motion for an Extension of time for the Plaintiffs to Respond to Defendant's Motion to Dismiss Counts I, II and III of Plaintiffs' Class Complaint; there being no objection by the defendant, it is hereby ORDERED that the motion is granted; further ORDERED that the Plaintiffs shall file their response to Defendant's Motion to Dismiss Counts I, II and III of Plaintiffs' Class Complaint by 3/24/2014. Signed by District Judge Robert E. Payne on 3/13/2014. Copies to counsel. (cmcc, ) (Entered: 03/13/2014) |
| 03/13/2014 | 33 | ORDER regarding 30 the Joint Motion to Continue the March 25, 2014 Deadline for Participation in a Settlement Conference; it is ORDERED that the Motion is granted; further ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order is continued generally pending resolution of 19 Defendant's Motion to Dismiss Counts I, II and III of Plaintiffs' Class Complaint and 23 Defendant's Motion to Transfer Venue to the Northern District of Georgia. Signed by District Judge Robert E. Payne on 3/13/2014. Copies to counsel. (cmcc, ) (Entered: 03/13/2014) |
| 03/24/2014 | 34 | Memorandum in Opposition re 19 MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint* filed by Tyrone B. Henderson, Sr, Dunyel Jamaal Roundtree, Mark Woods. (Bennett, Leonard) (Entered: 03/24/2014) |
| 03/24/2014 | 35 | NOTICE of Appearance by Matthew James Erausquin on behalf of Tyrone B. Henderson, Sr, Dunyel Jamaal Roundtree, Mark Woods (Erausquin, Matthew) (Entered: 03/24/2014) |
| 03/28/2014 | 36 | Rule 26 Disclosure by All Plaintiffs. (Bennett, Leonard) (Entered: 03/28/2014) |
| 03/31/2014 | 37 | REPLY to Response to Motion re 19 MOTION to Dismiss *Counts I, II and III of Plaintiffs' Class Complaint* filed by InfoMart, Inc.. (Murakami, Taron) (Entered: 03/31/2014) |
| 04/03/2014 | 38 | Memorandum in Opposition re 23 MOTION to Transfer Case *to the Northern District of Georgia* filed by Tyrone B. Henderson, Sr. (Attachments: # 1 Exhibit Henderson Decl., # 2 Exhibit Roundtree Decl., # 3 Exhibit Soutter Op'n, # 4 Exhibit Graham Op'n, # 5 Exhibit Fed. Judiciary Caseload, # 6 Exhibit PLACEHOLDER)(Rotkis, Susan) (Entered: 04/03/2014) |
| 04/03/2014 | 39 | NOTICE by Tyrone B. Henderson, Sr re 38 Memorandum in Opposition, *Notice of submission of* |

| | | |
|---|---|---|
| | | *exhibit 6 to plaintiffs memorandum in opposition to defendants motion to transfer venue* (Attachments: # 1 Exhibit 6–1, # 2 Exhibit 6–2, # 3 Exhibit 6–3)(Rotkis, Susan) (Entered: 04/03/2014) |
| 04/03/2014 | 40 | MOTION for Extension of Time to File Response/Reply as to 38 Memorandum in Opposition, by Tyrone B. Henderson, Sr. (Rotkis, Susan) (Entered: 04/03/2014) |
| 04/07/2014 | 41 | ORDER regarding 40 Plaintiffs' Motion for Extension of Time to File Response in Opposition to Defendant's Motion to Transfer Venue to the Northern District of Georgia; it is ORDERED that the motion is granted. Signed by District Judge Robert E. Payne on 4/7/2014. Copies to counsel. (cmcc, ) (Entered: 04/07/2014) |
| 04/14/2014 | 42 | REPLY to Response to Motion re 23 MOTION to Transfer Case *to the Northern District of Georgia filed by InfoMart, Inc. 4/14/14 Modified by Clerk's Office to correct docket text (kyou) (Entered: 04/14/2014)* |
| 05/28/2014 | 43 | ORDER regarding 23 the Defendant's Motion to Transfer Venue to the Northern District of Georgia; upon thorough review and in the interests of justice, it is hereby ORDERED that the Defendant's Motion to Transfer Venue is granted. The Clerk is directed to transfer this case to the United States District Court for the Northeren District of Georgia, Atlanta Division, forthwith. Further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process. Signed by District Judge Robert E. Payne on 5/27/2014. Copies to counsel. (cmcc, ) (Entered: 05/28/2014) |
| 05/28/2014 | 44 | ORDER that, the Court having determined that the action should be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division, the Court declines to decide 19 the Defendant's Motion to Dismiss Counts I, II and III of Plaintiffs' Class Complaint, the matter being best left for the transferee forum. Signed by District Judge Robert E. Payne on 5/27/2014. Copies to counsel.(cmcc, ) (Entered: 05/28/2014) |