```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

| | |
|---|---|
| TYRONE B. HENDERSON, SR., et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:14-CV-1609-CAP |
| INFOMART, INC., | |
| Defendant. | |

O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this 29th day of May, 2014.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge