UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

**TYRONE B. HENDERSON, SR.,**

**On behalf of himself and on behalf of all others similarly situated,**

       Plaintiff,

       v.

                             **Civil Action No. 1:14-cv-1609-SCJ-LTW**

**INFOMART, INC.,**

       Defendant

## NOTICE OF APPEARANCE

Mara McRae, Esq., hereby enters her appearance as counsel for plaintiffs in this action.

This 13th day of June, 2014.

                                            s/ Mara McRae, Esq.
                                            Ga. Bar No. 499138
                                            Counsel for plaintiff

MCRAE BROOKS WARNER LLC
295 South Culver Street, Suite A
Lawrenceville, Ga  30046
Telephone 404-681-0700
Fax 404-681-0780
mmcrae@mbw-law.com

<u>Certificate of Compliance</u>

    I hereby certify that this document was prepared in Times New Roman font, typesize 14.

<u>s/ Mara McRae, Esq.</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing "Notice of Appearance" via the CM/ECF electronic filing system, which automatically sends email notification of such filing to the following:

**John Wesley Drury**
Seyfarth Shaw, LLP-Chicago
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603
312-460-5623
Fax: 312-460-7623


**Taron Kato Murakami**
Seyfarth Shaw, LLP -DC
975 F. Street, NW
Washington, DC 20004-1454
202-463-2400


**Megan Hall Poonolly**
Seyfarth Shaw, LLP-Atl
Suite 2500
1075 Peachtree Street, NE
Atlanta, GA 30309
404-885-1500
Fax: 404-892-7056
Email: mpoonolly@seyfarth.com

**Pamela Q. Devata**
Seyfarth Shaw, LLP-Chicago
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603
312-460-5000
Fax: 312-460-7000

                                                                                 s/ Mara McRae_____