IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYRONE B. HENDERSON, SR.; DUNYEL JAMAAL ROUNDTREE; and MARK WOODS, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INFOMART, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>1:14-CV-1609-SCJ-LTW |

## ORDER

This matter is before the Court for consideration of the non-final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 59], to which no objections have been filed. After reviewing the Report & Recommendation is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, Defendant's motion to dismiss Counts I, II and III of Plaintiffs' complaint [Doc. No. 19] is hereby **GRANTED**.

**IT IS SO ORDERED**, this 2nd day of September, 2014.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE