UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYRONE B. HENDERSON, DUNYEL JAMAAL ROUNDTREE, and MARK WOODS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INFOMART, INC.,<br><br>Defendant. | Case No. 1:14-cv-1609-SCJ-LTW |

## CONSENT MOTION TO STAY ALL PROCEEDINGS PENDING MEDIATION

Pursuant to Local Rule 7.1, Defendant InfoMart, Inc. ("InfoMart"), by and through its attorneys, Seyfarth Shaw LLP, respectfully moves this Court for an order staying all proceedings pending the parties' participation in private mediation. InfoMart states as follows:

1. In this purported class action, Plaintiffs served InfoMart with a copy of their Complaint on January 6, 2014. (Dkt. No. 3). Plaintiffs' Complaint included five counts under the Fair Credit Reporting Act ("FCRA"). Plaintiffs filed their Complaint in the United States District Court for the Eastern District of Virginia.

18596639v.1

2. On February 27, 2014, InfoMart filed its Answer (Dkt. No. 22) and Motion to Dismiss Counts I, II and III of Plaintiffs' Complaint ("Motion to Dismiss") (Dkt. No. 19). Infomart argued that Counts I, II and III failed to state claims under the FCRA and should be dismissed.

3. On February 27, 2014, InfoMart also filed its Motion to Transfer Venue to the Northern District of Georgia. (Dkt. No. 23). On May 28, 2014, Judge Robert E. Payne granted the Motion to Transfer.

4. On August 15, 2014, U.S. Magistrate Judge Linda T. Walker issued her Order and Report and Recommendation, recommending that Infomart's Motion to Dismissed be granted. (Dkt. No. 59). The Court adopted the recommendation on September 2, 2014. (Dkt. No. 61).

5. The remaining claims in this case are on behalf of Plaintiff Mark Woods, alleging violations under 15 U.S.C. § 1681e(b) and § 1681i.

6. On November 3, 2014, the parties filed their Joint Preliminary Report and Discovery Plan, which proposed a discovery deadline of January 19, 2015. (Dkt. No. 64).

7. Defendants believe that they are in a position to engage in meaningful alternative dispute resolution. In this manner, the parties may hopefully avoid the expense of the further discovery, motions practice, and trial preparation.

8. The parties have agreed to mediate this case with a private mediator. Mediation has been scheduled for December 16, 2014.

9. In order to provide the best opportunity for resolution, the parties seek a stay of this case, including further discovery, in order to facilitate settlement discussions and alleviate the cost and burden of discovery.

10. The parties will promptly advise the Court upon the completion of the mediation and whether a settlement has been reached.

WHEREFORE, the Parties respectfully request that the Court grant its Motion, and order a stay of all proceedings pending resolution the parties' participation in private mediation.

A full explanation of the basis for this motion is set forth herein; thus, no supporting memorandum has been filed, as it would serve no useful purpose.

Dated: December 2, 2014    Respectfully submitted,

INFOMART, INC.

By s/ *Taron K. Murakami*
  Megan H. Poonolly
  Georgia Bar No. 345633
  mpoonolly@seyfarth.com
  SEYFARTH SHAW LLP
  1075 Peachtree Street, N.E.
  Suite 2500

18596639v.1

Atlanta, Georgia 30309
Telephone: (404) 881-5472
Facsimile: (404) 892-7056

Pamela Q. Devata (admitted pro hac vice)
John W. Drury (admitted pro hac vice)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000
(312) 460-7000 (facsimile)
pdevata@seyfarth.com
jdrury@seyfarth.com

Taron K. Murakami  (admitted pro hac vice)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400
(202) 828-5393 (facsimile)
tmurakami@seyfarth.com

Counsel for Defendant InfoMart, Inc.

18596639v.1

## CERTIFICATE OF FONT SIZE

Pursuant to LR 7.1D, NDGa., Defendant's counsel certifies that this motion has been prepared in Times New Roman 14 point, one of the fonts approved in LR 5.1C, NDGa.

                                  Respectfully submitted,

                                  By s/ *Taron K. Murakami*
                                        Taron K. Murakami (admitted pro hac vice)
                                        SEYFARTH SHAW LLP
                                        975 F Street, N.W.
                                        Washington, DC 20004
                                        (202) 463-2400
                                        (202) 828-5393 (facsimile)
                                        tmurakami@seyfarth.com

                                  Counsel for Defendant InfoMart, Inc.

Date: December 2, 2014

18596639v.1

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2014, I served a true and correct copy of the foregoing document using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Christopher Colt North, Esq.
>Dale Pittman, Esq.
>751-A Thimble Shoals Boulevard
>Newport News, Virginia 23606
>cnorthlaw@aol.com

>Mara McRae
>McRae Brooks Warner, LLC
>100 Colony Square, Suite 2100
>1175 Peachtree Street N.E.
>Atlanta, GA 30361
>mmcrae@mbwattorneys.com

>Leonard A. Bennett, Esq.
>Susan Mary Rotkis, Esq.
>Consumer Litigation Associates, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, Virginia 23606
>lenbennett@clalegal.com
>srotkis@clalegal.com

This 2nd day of December, 2014.

>>s/ *Taron K. Murakami*
>>Counsel for Defendant

18596639v.1