# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TYRONE B. HENDERSON, DUNYEL JAMAAL ROUNDTREE, and MARK WOODS, on behalf of themselves and others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>INFOMART, INC., <br><br>　　　　　Defendant. | Case No. 1:14-cv-1609-SCJ-LTW |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff, Mark Woods (hereinafter "Plaintiff" or "Woods"), and Defendant InfoMart, Inc. (hereinafter "Defendant" or "InfoMart") and files this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1, NDGa., dismissing Plaintiff's claims asserted in this action against InfoMart with prejudice.  The parties have further agreed that each party shall bear its own attorney's fees and costs.

Respectfully submitted this 23rd day of January, 2015.

18880645v.1

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| By:/s/ *Christopher Colt North*_____ | By:/s/ *Taron K. Murakami* |
| Christopher Colt North, Esq. | Megan H. Poonolly |
| Dale Pittman, Esq. | Georgia Bar No. 345633 |
| 751-A Thimble Shoals Boulevard | mpoonolly@seyfarth.com |
| Newport News, Virginia 23606 | SEYFARTH SHAW LLP |
| cnorthlaw@aol.com | 1075 Peachtree Street, N.E. |
|  | Suite 2500 |
| Mara McRae | Atlanta, Georgia 30309 |
| McRae Brooks Warner, LLC | Telephone: (404) 881-5472 |
| 100 Colony Square, Suite 2100 | Facsimile: (404) 892-7056 |
| 1175 Peachtree Street N.E. |  |
| Atlanta, GA 30361 | Pamela Q. Devata (admitted pro hac vice) |
| mmcrae@mbwattorneys.com | John W. Drury (admitted pro hac vice) |
|  | SEYFARTH SHAW LLP |
| Leonard A. Bennett, Esq. | 131 South Dearborn Street, Suite 2400 |
| Susan Mary Rotkis, Esq. | Chicago, Illinois  60603-5577 |
| Consumer Litigation Associates, P.C. | (312) 460-5000 |
| 12515 Warwick Boulevard, Suite 100 | (312) 460-7000 (facsimile) |
| Newport News, Virginia 23606 | pdevata@seyfarth.com |
| lenbennett@clalegal.com | jdrury@seyfarth.com |
| srotkis@clalegal.com |  |
|  | Taron K. Murakami  (admitted pro hac vice) |
| Counsel for Plaintiff Mark Woods | SEYFARTH SHAW LLP |
|  | 975 F Street, N.W. |
|  | Washington, DC 20004 |
|  | (202) 463-2400 |
|  | (202) 828-5393 (facsimile) |
|  | tmurakami@seyfarth.com |
|  |  |
|  | Counsel for Defendant InfoMart, Inc. |

18880645v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TYRONE B. HENDERSON, DUNYEL JAMAAL ROUNDTREE, and MARK WOODS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INFOMART, INC.,<br><br>Defendant. | Case No.  1:14-cv-1609-SCJ-LTW |

## CERTIFICATE OF SERVICE

I certify that on January 23, 2015, I filed the parties' JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

> Christopher Colt North, Esq.
> Dale Pittman, Esq.
> 751-A Thimble Shoals Boulevard
> Newport News, Virginia 23606
> cnorthlaw@aol.com
>
> Mara McRae
> McRae Brooks Warner, LLC
> 100 Colony Square, Suite 2100
> 1175 Peachtree Street N.E.
> Atlanta, GA 30361
> mmcrae@mbwattorneys.com
>
> Leonard A. Bennett, Esq.
> Susan Mary Rotkis, Esq.

18880645v.1

                    Consumer Litigation Associates, P.C.
                    12515 Warwick Boulevard, Suite 100
                    Newport News, Virginia 23606
                    lenbennett@clalegal.com
                    srotkis@clalegal.com

                                        s/Taron K. Murakami

18880645v.1